UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

MALIBU MEDIA, LLC.,

          Plaintiff,

vs.

JOHN DOES 1-17,

          Defendants.

Civil Action No. 2:12-cv-00665-CDJ

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action without prejudice, because the period of time for which the Internet Service Providers will keep data records have elapsed.

Consistent herewith, Plaintiff consents to having its case closed for administrative purposes.

Respectfully submitted,

FIORE & BARBER, LLC

By:    *s/ Christopher Fiore*
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email: cfiore@fiorebarber.com